# Court of Appeals
# of the State of Georgia

ATLANTA,  October 29, 2015

*The Court of Appeals hereby passes the following order:*

**A15A2372, A15A2373.  CURTIS LEE ROGERS v. THE STATE.**

Curtis Lee Rogers has been charged with three counts of forgery.  Rogers filed a "Request for Production Order to Resolve Pending Charges, Accusations, or Detainers" and a petition for writ of mandamus to compel the trial judge to grant his motion.  The trial court denied both motions on April 22, 2015.  On June 10, 2015, Rogers filed a notice of appeal from the denial of his request for production in Case No. A15A2372 and a separate notice of appeal from the denial of his petition for mandamus in Case No. A15A2373.   We, however, lack jurisdiction.

The Supreme Court has exclusive appellate jurisdiction of all cases involving extraordinary remedies, including mandamus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006) ("'[C]ases involving the grant or denial of mandamus are within the exclusive jurisdiction of [the Supreme] Court without regard to the underlying subject matter or the legal issues raised.'").  Accordingly, Case No. A15A2373 is hereby TRANSFERRED to the Supreme Court for disposition.  In the interests of judicial economy and judicial comity, Case No. A15A2372 also is TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* __10/29/2015__
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*